| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WOOD, KIMBA M | 2. Court or Organization<br><br>U.S. District Court SDNY | 3. Date of Report<br><br>05/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The Institute of Judicial Administration, New York University School of Law |
| 2. Board Member | New York City Ballet, Inc. |
| 3. Board Member | CEELI Institute |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 18 A 11: 41 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Rockefeller Brothers Fund Finance Committee Fees |
| 2. | 2006 | Sonic Corp. Board of Directors & various Committee Fees |
| 3. | 2006 | Vestar, Harding, Lehman Brothers, ENM, Inc., Bear Stearns Merchant Bank & Park Avenue Equity - Fee Income |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Goldman, Sachs (see Note #20 in Section VIII | Margin Account | P2 |
| 2. | Vestar | Loans | M |
| 3. | ENM, Inc. | Escrow Account | L |
| 4. | Citibank | Line of Credit | P1 |
| 5. | Citibank | Line of Credit | P1 |
| 6. | Citibank | Line of Credit | P1 |
| 7. | Citibank | Unsecured Term Note | P1 |
| 8. | Citibank | Rental Property Mortgage | N |
| 9. | American Express | Credit Card | K |
| 10. | Citibank | Credit Card | J |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | | | | | |
| | | | | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 1  EXXON CORP COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 2  CREST LND LP  ( IRA) ( SEE NOTES 1 & 16 IN SECTION VIII) | G | K-1 DISTR | P1 | T | | | | | |
| 3  ADOBE SYSTEMS INC COMMON STOCK ( SEE NOTE 4 IN SECTION VIII) | | NONE | | | SOLD | 7/31 | J | | |
| 4  NEW YORK URB DEV CORP ZERO COUPON BOND ( SEE NOTE 2 IN SECTION VIII) | A | OID | J | T | PARTIAL BOND CALL | 1/3 | J | C | |
| 5  SCHWAB MONEY MARKET FUND | A | DIVIDEND | | | CLOSED ACCOUNT | 8/3 | J | | |
| 6  GOLDM SACHS BANK DEPOSIT #1 ( FKA GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #1) | B | DIV/INT | K | T | | | | | |
| 7  GOLDM SACHS BANK DEPOSIT #2 ( FKA GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #2) | A | DIV/INT | J | T | | | | | |
| 8  AUTOMATIC DATA PROCESSING INC COMMON STOCK ( SEE NOTE 4 IN SECTION VIII) | A | DIVIDEND | | | SOLD | 10/5 | K | C | |
| 9  BLACKROCK INC COMMON STOCK | B | DIVIDEND | M | T | PURCHASE | 5/8 | J | | |
| 10  CONOCO PHILLIPS COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 11  FEDEX CORP COMMON STOCK | | NONE | K | T | PURCHASE | 10/5 | K | | |
| 12  GEN PROBE COMMON STOCK ( SEE NOTE 4 IN SECTION VIII) | | NONE | | | SOLD | 9/1 | K | A | |
| 13  HEWLETT-PACKARD CO COMMON STOCK | | NONE | K | T | PURCHASE | 9/29 | K | | |
| 14  HOME DEPOT COMMON STOCK | A | DIVIDEND | K | T | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 15  JOHNSON & JOHNSON COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 16  SONIC COMMON STOCK | | NONE | L | T | | | | | |
| 17  STRYKER CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 18  SUNCOR ENERGY INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 19  WAL MART STORES INC COMMON STOCK<br>( SEE NOTE 4 IN SECTION VIII) | A | DIVIDEND | | | SOLD | 7/14 | K | | |
| 20  CMA TAX EXEMPT FUND - ML #1 | A | DIVIDEND | J | T | | | | | |
| 21  MERRILL LYNCH ACCOUNT - ML #2 | A | INTEREST | J | T | | | | | |
| 22  FEDERATED CAPITAL RESERVES MONEY MARKET | B | DIVIDEND | K | T | | | | | |
| 23  AMERICAN MUTUAL FUND | B | DIV/DISTR | K | T | | | | | |
| 24  CAPITAL INCOME BUILDER FUND<br>( MUTUAL FUND) | B | DIV/DISTR | K | T | | | | | |
| 25  FUNDAMENTAL INVESTORS INC<br>( MUTUAL FUND) | B | DIV/DISTR | K | T | | | | | |
| 26  GROWTH FUND OF AMERICA<br>( MUTUAL FUND) | C | DIV/DISTR | L | T | | | | | |
| 27  INVESTMENT COMPANY OF AMERICA<br>( MUTUAL FUND) | C | DIV/DISTR | K | T | | | | | |
| 28  WASHINGTON MUTUAL INVESTORS FUND<br>( MUTUAL FUND) | B | DIV/DISTR | L | T | | | | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 29 U.S. GOVERNMENT SECURITIES FUND (MUTUAL FUND) | A | DIVIDEND | J | T | | | | | |
| COMMON STOCKS/MUTUAL FNDS (LINES 30-256) (SEE NOTE 4 IN SECTION VIII) | | | | | | | | | |
| 30 ABBOTT LABORATORIES | F | DIVIDEND | P1 | T | PARTIAL SALE | 10/19 | P1 | H1 | |
| 31 ADVANCED MICRO DEVICES INC | | NONE | | | PURCHASE | 6/13 | J | | |
| 32 | | | | | SOLD | 10/27 | J | | |
| 33 AES CORP | | NONE | J | T | PURCHASE | 12/5 | J | | |
| 34 AETNA INC | A | DIVIDEND | M | T | PURCHASE | 8/2 | M | | |
| 35 AGILENT TECHNOLOGIES | | NONE | | | PURCHASE | 6/13 | J | | |
| 36 | | | | | SPUN OFF VERIGY | 11/1 | J | | |
| 37 | | | | | SOLD | 12/4 | J | A | |
| 38 AKAMAI TECHNOLOGIES | | NONE | J | T | PURCHASE | 9/18 | J | | |
| 39 ALCAN INC | C | DIVIDEND | N | T | | | | | |
| 40 ALCOA INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 41 | | | | | SOLD | 10/16 | J | | |
| 42 ALCON INC | | NONE | | | PURCHASE | 6/13 | J | | |
| 43 | | | | | SOLD | 11/7 | J | A | |
| 44 ALLEGHENY TECHNOLOGIES INC | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1 )<br>AMT CODE<br>( A - H) | ( 2 )<br>TYPE | ( 1 )<br>VALUE<br>CODE<br>( J - P) | ( 2 )<br>VALUE<br>METHOD<br>( Q - W) | ( 1 )<br>TYPE | ( 2 )<br>DATE | ( 3 )<br>VALUE<br>CODE<br>( J - P) | ( 4 )<br>GAIN<br>CODE<br>( A - H) | ( 5 )<br>IDENTITY<br>( IF<br>PRIVATE) |
| 45 ALLEPAN INC | A | DIVIDEND | J | T | PURCHASE | 8/17 | J | | |
| 46 ALLTEL CORP | C | DIVIDEND | M | T | SPUN OFF WINDSTREAM | 7/21 | K | | |
| 47 AMERICA MOVIL | E | DIVIDEND | P1 | T | PURCHASE | 6/13 | J | | |
| 48 AMERICAN INTERNATIONAL GROUP<br>( AKA AMER INTL GROUP) | A | DIVIDEND | | | SOLD | 5/17 | M | D | |
| 49 AMERICAN TOWER CORP | | NONE | | | PURCHASE | 6/13 | J | | |
| 50 | | | | | SOLD | 11/27 | J | B | |
| 51 AMR CORP | | NONE | | | PURCHASE | 6/13 | J | | |
| 52 | | | | | SOLD | 10/24 | J | A | |
| 53 ANADARKO PETROLEUM CORP | B | DIVIDEND | M | T | | | | | |
| 54 ANHEUSER BUSCH CO | E | DIVIDEND | O | T | PARTIAL SALE | 10/17 | O | G | |
| 55 APPLE COMPUTER INC | | NONE | K | T | PURCHASE | 6/13 | K | | |
| 56 APPLERA CORP | A | DIVIDEND | J | T | PURCHASE | 7/17 | J | | |
| 57 AT&T INC | | NONE | J | T | PURCHASE | 12/20 | J | | |
| 58 AXIS CAPITAL HOLDINGS LTD | B | DIVIDEND | M | T | PURCHASE | 3/6 | M | | |
| 59 BAKER HUGHES INC | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |
| 60 BANK OF AMERICA | E | DIV/CIL | P1 | T | RECEIVED SHARES VIA<br>TENDER OF MBNA SHARES | 1/3 | O | | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 61 | BARR PHARMACEUTICALS | | NONE | | | PURCHASE | 8/11 | J | | |
| 62 | | | | | | SOLD | 10/6 | J | A | |
| 63 | BERKLEY WR CORP | C | DIVIDEND | P1 | T | | | | | |
| 64 | BERKSHIRE HATHAWAY | | NONE | N | T | | | | | |
| 65 | BEST BUY CO | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 66 | | | | | | PURCHASE | 7/6 | J | | |
| 67 | | | | | | SOLD | 12/19 | J | | |
| 68 | BJ SERVICES CO | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 69 | | | | | | SOLD | 11/16 | J | | |
| 70 | BLACK & DECKER CORP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 71 | | | | | | SOLD | 8/14 | J | | |
| 72 | BLACKROCK INC | E | DIVIDEND | P1 | T | PURCHASE | 5/8 | N | | |
| 73 | BURLINGTON RESOURCES | B | DIV/CIL | | | TENDERED SHARES MERGER W/ CONOCOPHILLIPS | 4/3 | M | | |
| 74 | CABLEVISION SYSTEMS | | NONE | | | SOLD | 2/22 | M | | |
| 75 | CAMERON INTL | | NONE | J | T | PURCHASE | 11/27 | J | | |
| 76 | CAREMARK RX INC | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 77 CATERPILLAR INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 78 | | | | | SOLD | 11/10 | J | | |
| 79 CELGENE CORP | | NONE | J | T | PURCHASE | 12/20 | J | | |
| 80 CEMEX A | A | DIVIDEND | M | T | PURCHASE | 3/31 | M | | |
| 81 CHARLES SCHWAB CORP | A | DIVIDEND | | | PURCHASE | 6/13 | K | | |
| 82 | | | | | SOLD | 11/20 | K | B | |
| 83 CHICAGO MERCANTILE EXCHANGE | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |
| 84 CISCO SYSTEMS | | NONE | J | T | PURCHASE | 12/12 | J | | |
| 85 | | | | | PURCHASE | 12/13 | J | | |
| 86 CIT GROUP | D | DIVIDEND | M | T | PURCHASE | 6/13 | J | | |
| 87 | | | | | PARTIAL SALE | 8/16 | J | | |
| 88 | | | | | PARTIAL SALE | 9/1 | N | E | |
| 89 | | | | | PURCHASE | 12/27 | L | | |
| 90 CITRIX SYSTEMS INC | | NONE | | | PURCHASE | 6/13 | J | | |
| 91 | | | | | SOLD | 9/11 | J | | |
| 92 COACH INC | | NONE | K | T | PURCHASE | 6/13 | J | | |
| 93 | | | | | PURCHASE | 8/14 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 94  COCA-COLA CO | A | DIVIDEND | J | T | PURCHASE | 11/28 | J | | |
| 95  COGNIZANT TECHNOLOGY SOLUTIONS | | NONE | J | T | PURCHASE | 6/13 | J | | |
| 96  COMCAST CORP | | NONE | J | T | PURCHASE | 11/8 | J | | |
| 97  COMPUWARE CORP | | NONE | | | PURCHASE | 6/13 | J | | |
| 98 | | | | | SOLD | 8/18 | J | | |
| 99  CONOCO PHILLIPS | E | DIVIDEND | P1 | T | RECEIVED THRU MERGER<br>WITH BURLINGTON RESOURCES | 4/3 | M | | |
| 100  CONSOL ENERGY INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 101 | | | | | SOLD | 9/25 | J | | |
| 102  CVS CORP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 103 | | | | | SOLD | 11/7 | J | A | |
| 104  DANAHER CORP | | NONE | J | T | PURCHASE | 11/20 | J | | |
| 105  DIAMOND OFFSHORE DRILLING INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 106 | | | | | PURCHASE | 7/5 | J | | |
| 107 | | | | | SOLD | 11/7 | J | | |
| 108  DIRECTV GROUP | | NONE | M | T | PURCHASE | 10/19 | J | | |
| 109  ELECTRONIC DATA SYS CORP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 110 | | | | | SOLD | 11/1 | J | A | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 111 | EMBARQ | | NONE | | | SPUN OFF FROM SPRINT | 5/23 | J | | |
| 112 | | | | | | SOLD | 5/23 | J | A | |
| 113 | EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA | C | DIVIDEND | M | T | PURCHASE | 6/4 | K | | |
| 114 | EXPEDITORS INTERNATIONAL | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |
| 115 | EXPRESS SCRIPTS INC | | NONE | J | T | PURCHASE | 6/13 | J | | |
| 116 | E*TRADE FINANCIAL CORP | | NONE | | | PURCHASE | 6/13 | J | | |
| 117 | | | | | | SOLD | 12/15 | J | A | |
| 118 | FEDEX CORP | | NONE | O | T | PURCHASE | 10/5 | O | | |
| 119 | FOREST LABORATORIES | | NONE | J | T | PURCHASE | 10/17 | J | | |
| 120 | | | | | | PURCHASE | 10/19 | J | | |
| 121 | FRANKLIN RESOURCES INC | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |
| 122 | GARMIN LTD | A | DIVIDEND | J | T | PURCHASE | 10/11 | J | | |
| 123 | GEN PROBE INC | | NONE | | | PARTIAL SALE | 9/1 | O | G | |
| 124 | | | | | | SOLD | 9/5 | M | E | |
| 125 | GENERAL DYNAMICS CORP | | NONE | J | T | PURCHASE | 11/29 | J | | |
| 126 | GILEAD SCIENCES INC | | NONE | K | T | PURCHASE | 6/13 | J | | |
| 127 | GOLAR LNG LTD | | NONE | | | SOLD | 9/1 | L | | |

| A.<br>DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 128 GOLDMAN SACHS GROUP ( INCLUDES CALL OPTIONS) | | NONE | L | T | PURCHASE | 12/1 | J | | |
| 129 | | | | | PURCHASE | 12/29 | L | | |
| 130 GOOGLE INC | | NONE | K | T | PURCHASE | 6/13 | J | | |
| 131 HARRIS CORP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 132 | | | | | PARTIAL SALE | 10/6 | J | A | |
| 133 | | | | | SOLD | 10/10 | J | A | |
| 134 HEWLETT-PACKARD CO | A | DIVIDEND | O | T | PURCHASE | 6/13 | J | | |
| 135 | | | | | PURCHASE | 9/1 | O | | |
| 136 HOME DEPOT INC | E | DIVIDEND | P1 | T | | | | | |
| 137 HUGOTON ROYALTY TRUST | A | DIVIDEND | J | T | SPUN OFF FROM XTO ENERGY | 5/12 | J | | |
| 138 INTERNATIONAL BUSINESS MACHINES | B | DIVIDEND | L | T | PARTIAL SALE | 2/16 | M | | |
| 139 | | | | | PURCHASE | 5/17 | K | | |
| 140 INTUITIVE SURGICAL INC | | NONE | J | T | PURCHASE | 6/13 | J | | |
| 141 JABIL CIRCUIT | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 142 | | | | | SOLD | 9/20 | J | | |
| 143 JACOBS ENGINEERING GROUP | | NONE | | | PURCHASE | 9/15 | J | | |
| 144 | | | | | SOLD | 11/27 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 145  JOHNSON & JOHNSON | G | DIVIDEND | P1 | T | PARTIAL SALE | 11/14 | O | G | |
| 146 | | | | | PURCHASE | 12/1 | J | | |
| 147  JOY GLOBAL INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 148 | | | | | SOLD | 10/19 | J | | |
| 149  KERR MCGEE CORP | | NONE | | | PURCHASE | 6/13 | J | | |
| 150 | | | | | SOLD | 7/6 | J | B | |
| 151  KOHLS | | NONE | J | T | PURCHASE | 9/5 | J | | |
| 152  LAM RESEARCH CORP | | NONE | J | T | PURCHASE | 10/30 | J | | |
| 153  LAS VEGAS SANDS CORP | | NONE | J | T | PURCHASE | 10/18 | J | | |
| 154 | | | | | PURCHASE | 10/23 | J | | |
| 155  LENNAR CORP | A | DIVIDEND | L | T | PURCHASE | 10/13 | L | | |
| 156  LEXMARK INTERNATIONAL | | NONE | J | T | PURCHASE | 9/26 | J | | |
| 157  LINCOLN NATIONAL CORP | B | DIVIDEND | M | T | PURCHASE | 3/31 | M | | |
| 158  LSI LOGIC CORP | | NONE | J | T | PURCHASE | 6/13 | J | | |
| 159  LUCENT TECHNOLOGIES CONV PREFD | | NONE | J | T | | | | | |
| 160  MANITOWOC CO INC | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |
| 161  MANOR CARE INC | A | DIVIDEND | J | T | PURCHASE | 8/28 | J | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 162 | MANPOWER INC | A | DIVIDEND | J | T | PURCHASE | 6/13 | J | | |
| 163 | MARRIOTT INTERNATIONAL INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 164 | | | | | | SOLD | 9/26 | J | A | |
| 165 | MARTIN MARIETTA MATLS INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 166 | | | | | | SOLD | 11/16 | J | A | |
| 167 | MARVELL TECHNOLOGY GROUP LTD | | NONE | | | PURCHASE | 6/13 | J | | |
| 168 | | | | | | SOLD | 8/14 | J | | |
| 169 | MATTEL INC | A | DIVIDEND | J | T | PURCHASE | 11/21 | J | | |
| 170 | MBIA | B | DIVIDEND | | | SOLD | 8/2 | M | B | |
| 171 | MBNA CORP | | NONE | | | TENDERED SHARES MERGER WITH BANK OF AMERICA | 1/3 | P1 | | |
| 172 | MEDTRONIC INC | C | DIVIDEND | N | T | | | | | |
| 173 | MEMC ELECTR MATLS INC | | NONE | J | T | PURCHASE | 6/13 | J | | |
| 174 | MERRILL LYNCH & CO | | NONE | J | T | PURCHASE | 11/16 | J | | |
| 175 | MICROSOFT | | NONE | J | T | PURCHASE | 11/20 | J | | |
| 176 | MOLEX INC | A | DIVIDEND | | | PURCHASE | 9/28 | J | | |
| 177 | | | | | | SOLD | 12/1 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 178 MONSTER WORLDWIDE INC | | NONE | | | PURCHASE | 6/13 | J | | |
| 179 | | | | | SOLD | 10/23 | J | | |
| 180 NEWFIELD EXPLORATION | | NONE | | | SOLD | 10/5 | M | | |
| 181 NEWS CORP | | NONE | J | T | SOLD | 2/16 | M | | |
| 182 | | | | | PURCHASE | 12/4 | J | | |
| 183 NIKE | | NONE | J | T | PURCHASE | 10/30 | J | | |
| 184 NORFOLK SOUTHERN CORP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 185 | | | | | SOLD | 10/18 | J | A | |
| 186 NVIDIA CORP | | NONE | | | PURCHASE | 6/13 | K | | |
| 187 | | | | | PARTIAL SALE | 10/6 | K | C | |
| 188 | | | | | SOLD | 11/7 | J | B | |
| 189 OCCIDENTAL PETE CORP | A | DIVIDEND | L | T | | | | | |
| 190 OFFICE DEPOT INC | | NONE | | | PURCHASE | 6/13 | J | | |
| 191 | | | | | SOLD | 12/1 | J | | |
| 192 OLSTEN FINANCIAL ALERT FUND ( MUTUAL FUND) | D | DIVIDEND | M | T | PURCHASE | 12/12 | J | | |
| 193 OMNICOM GROUP | | NONE | J | T | PURCHASE | 11/1 | J | | |
| 194 ORACLE CORP | | NONE | M | T | PURCHASE | 2/22 | M | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 195 | | | | | | PURCHASE | 10/4 | J | | |
| 196 | | | | | | PURCHASE | 10/11 | J | | |
| 197 | PAYCHEX INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 198 | | | | | | SOLD | 8/9 | J | | |
| 199 | PEPSICO | D | DIVIDEND | O | T | PARTIAL SALE | 10/13 | L | D | |
| 200 | PETROLEO BRASILEIRO | D | DIVIDEND | M | T | PARTIAL SALE | 12/27 | K | E | |
| 201 | PIONEER NATURAL RESOURCES | | NONE | K | T | PURCHASE | 12/27 | K | | |
| 202 | ALTRIA GROUP - IRA ACCOUNT | C | DIVIDEND | M | T | | | | | |
| 203 | POLO RALPH LAUREN CORP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 204 | | | | | | SOLD | 11/21 | J | B | |
| 205 | PRECISION CASTPARTS CORP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 206 | | | | | | SOLD | 9/12 | J | A | |
| 207 | RED HAT INC | | NONE | | | PURCHASE | 6/13 | J | | |
| 208 | | | | | | SOLD | 10/23 | J | | |
| 209 | SANDISK CORP | | NONE | | | PURCHASE | 6/13 | J | | |
| 210 | | | | | | SOLD | 12/13 | J | | |
| 211 | SCHERING-PLOUGH | A | DIVIDEND | K | T | PURCHASE | 11/1 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 212 | | | | | PURCHASE | 11/8 | J | | |
| 213 SEAGATE TECHNOLOGY | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 214 | | | | | SOLD | 10/2 | J | A | |
| 215 SEARS HOLDINGS CORP | | NONE | P1 | T | PURCHASE | 10/12 | P1 | | |
| 216 SEI INVESTMENT CO | | NONE | J | T | PURCHASE | 11/16 | J | | |
| 217 SHIP FINANCE INTERNATIONAL LTD | C | DIVIDEND | | | SOLD | 3/31 | M | | |
| 218 SMITH INTERNATIONAL | | NONE | J | T | PURCHASE | 11/28 | J | | |
| 219 SMURFIT-STONE CONTAINER CORP | | NONE | L | T | PURCHASE | 9/1 | L | | |
| 220 SONIC CORP | | NONE | P3 | T | | | | | |
| 221 SPRINT NEXTEL CORP ( FKA SPRINT CORP) | A | DIVIDEND | M | T | SPUN OFF EMBARQ | 5/23 | J | | |
| 222 STRYKER CORP | A | DIVIDEND | N | T | | | | | |
| 223 SUNCOR ENERGY | C | DIVIDEND | P1 | T | | | | | |
| 224 T ROWE PRICE GROUP | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 225 | | | | | SOLD | 11/22 | J | A | |
| 226 TELLABS INC | | NONE | | | PURCHASE | 6/13 | J | | |
| 227 | | | | | SOLD | 9/19 | J | | |
| 228 THIRD AVENUE INTL VALUE FUND ( MUTUAL FND) | E | DIV/DISTR | M | T | PURCHASE | 6/6 | M | | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 229 | | | | | | PURCHASE | 12/20 | J | | |
| 230 | UNITED TECH CORP | E | DIVIDEND | P1 | T | | | | | |
| 231 | UNITED HEALTH GROUP | | NONE | M | T | PURCHASE | 5/17 | M | | |
| 232 | | | | | | PARTIAL SALE | 9/1 | K | C | |
| 233 | UNUMPROVIDENT | C | DIVIDEND | M | T | | | | | |
| 234 | VALERO ENERGY | C | DIVIDEND | M | T | PURCHASE | 6/13 | J | | |
| 235 | | | | | | PARTIAL SALE | 7/19 | J | A | |
| 236 | | | | | | PARTIAL SALE | 9/11 | O | G | |
| 237 | VERIGY LTD | | NONE | J | T | SPUN OFF FROM AGILENT | 11/1 | J | | |
| 238 | VODAFONE GROUP | | NONE | | | SOLD | 3/2 | M | | |
| 239 | WAL MART STORES | F | DIVIDEND | P1 | T | PARTIAL SALE | 10/17 | P1 | G | |
| 240 | WARREN RESOURCES INC | | NONE | L | T | PURCHASE | 12/27 | L | | |
| 241 | WEATHERFORD INTERNATIONAL LTD | | NONE | | | PURCHASE | 6/13 | K | | |
| 242 | | | | | | SOLD | 11/1 | J | | |
| 243 | WELLS FARGO | D | DIVIDEND | M | T | | | | | |
| 244 | WENDY'S INTERNATIONAL INC | A | DIVIDEND | | | PURCHASE | 6/13 | J | | |
| 245 | | | | | | SOLD | 8/14 | J | A | |

| | A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 246 | WEYERHAEUSER CO | C | DIVIDEND | M | T | | | | | |
| 247 | WINDSTREAM CORP | | NONE | | | PURCHASE | 7/21 | J | | |
| 248 | | | | | | SPUN OFF FROM ALLTEL | 7/21 | K | | |
| 249 | | | | | | PARTIAL SALE | 7/21 | K | C | |
| 250 | | | | | | SOLD | 7/28 | J | A | |
| 251 | XEROX | | NONE | M | T | PURCHASE | 5/17 | M | | |
| 252 | | | | | | PURCHASE | 6/7 | J | | |
| 253 | XTO ENERGY CORP | D | DIVIDEND | | | SPUN OFF HUGOTON ROYALTY | 5/12 | J | | |
| 254 | | | | | | SOLD | 10/5 | M | E | |
| 255 | YRC WORLDWIDE INC | | NONE | | | PURCHASE | 2/22 | M | | |
| 256 | | | | | | SOLD | 12/27 | M | | |
| | CORPORATE BONDS/US GOVT TBILLS (LINES 257-258) : | | | | | | | | | |
| 257 | GENERAL ELECTRIC BOND | G | INTEREST | P2 | T | | | | | |
| 258 | ITT FINANCIAL CORP BOND | G | INTEREST | | | DONATED TO FOUNDATION | 11/13 | P1 | | |
| | CASH/INVESTMENT/MONEY MARKET ACCOUNTS (LINES 259-274) : | | | | | | | | | |
| 259 | BEAR STEARNS TEMPFUND ( BEAR STEARNS - IRA CASH) | A | DIVIDEND | J | T | | | | | |
| 260 | GOLDMAN SACHS BANK DEPOSIT #3 ( FKA GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #3) | D | DIV/INT | P1 | T | | | | | |
| 261 | CITIBANK CHECKING ACCOUNT - FOUNDATION | | NONE | K | T | | | | | |

| | A. Description of Assets | B. Income During Reporting Period | | C. Gross Value at End of Reporting Period | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 262 | CITIBANK INTEREST CHECKING A/C | A | INTEREST | J | T | | | | | |
| 263 | MSIF MONEY MARKET | A | INTEREST | J | T | | | | | |
| 264 | CITIBANK CHECKING ACCOUNT | | NONE | L | T | | | | | |
| 265 | CITIBANK ASSET ACCOUNT | | NONE | M | T | | | | | |
| 266 | CITIBANK CASH RESERVE ACCOUNT | G | INTEREST | P1 | T | | | | | |
| 267 | CITIBANK CASH RESERVE ACCOUNT #2 | B | INTEREST | | | OPENED ACCOUNT | 5/24 | J | | |
| 268 | | | | | | CLOSED ACCOUNT | 6/7 | P1 | | |
| 269 | CITIBANK INTEREST CHECKING ACCOUNT # 2 | A | INTEREST | J | T | | | | | |
| 270 | BEAR, STEARNS ACCOUNT #1 ( SEE NOTE 3 IN SECTION VIII) | | NONE | J | T | | | | | |
| 271 | NEUBERGER BERMAN INSTL LIQDTY SER INSTL CASH | C | DIVIDEND | K | T | | | | | |
| 272 | DEUTSCHE BANK ALEX BROWN MONEY MARKET | B | INTEREST | N | T | | | | | |
| 273 | LEHMAN BROTHERS CASH ACCOUNT | A | INTEREST | J | T | OPENED NEW ACCOUNT | 9/27 | N | | |
| 274 | BLACKROCK MONEY MARKET/PNC CASH | B | DIVIDEND | L | T | OPENED NEW ACCOUNT | 6/30 | K | | |

**FOUNDATION COMMON STOCKS/BONDS (LINES 275-283) (SEE NOTE 4 IN SECTION VIII)**

| | A. Description of Assets | B. (1) AMT CODE | B. (2) TYPE | C. (1) VALUE CODE | C. (2) VALUE METHOD | D. (1) TYPE | D. (2) DATE | D. (3) VALUE CODE | D. (4) GAIN CODE | D. (5) IDENTITY |
|---|---|---|---|---|---|---|---|---|---|---|
| 275 | ABBOTT LABORATORIES | D | DIVIDEND | N | T | PARTIAL SALE | 5/8 | M | | |
| 276 | ALTRIA GROUP INC | D | DIVIDEND | N | T | | | | | |
| 277 | ANHEUSER BUSCH COS INC | A | DIVIDEND | | | SOLD | 3/3 | M | F | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | ( 1) AMT CODE ( A - H) | ( 2) TYPE | ( 1) VALUE CODE ( J - P) | ( 2) VALUE METHOD ( Q - W) | ( 1) TYPE | ( 2) DATE | ( 3) VALUE CODE ( J - P) | ( 4) GAIN CODE ( A - H) | ( 5) IDENTITY ( IF PRIVATE) |
| 278 BANK OF AMERICA | D | DIVIDEND | N | T | | | | | |
| 279 DYERSBURG CORP | | NONE | J | T | | | | | |
| 280 GENERAL ELECTRIC CO | C | DIVIDEND | M | T | | | | | |
| 281 ITT BONDS | | NONE | | | DONATED FROM TRUSTEE | 11/13 | P1 | | |
| 282 | | | | | SOLD | 12/18 | P1 | | |
| 283 UNITED TECHNOLOGIES CORP | D | DIVIDEND | N | T | | | | | |
| **INVESTMENTS IN NON-PUBLIC COMPANIES ( LINES 284-411) ( SEE NOTES 4, 5, 6 & 7 IN SECTION VIII)** | | | | | | | | | |
| 284 ARIZONA SNOWBOWL ( AKA SUNWEST HOLDINGS) ( SEE NOTE 1 IN SECTION VIII) | | NONE | N | W | | | | | |
| 285 ENTERTAINMENT ACQUISITION ( SEE NOTES 1 & 19 IN SECTION VIII) | E | K-1 DISTR/ ROYALTIES | | | | | | | |
| 286 CARLTON CUTS ( SEE NOTES 1 & 16 IN SECTION VIII) | | NONE | J | W | | | | | |
| 287 COSMOS PARTNERS ( FKA EVALUATION ASSOCIATES) ( SEE NOTES 1 & 23 IN SECTION VIII) | D | K-1 DISTR | K | V | NOTE PROCEEDS | 1/6 | K | | |
| 288 NEW RIVER/BEAVERTOWN ( SEE NOTES 1, 16 & 22 IN SECTION VIII) | | NONE | | | | | | | |
| 289 TAMPA BAY DEVIL RAYS ( SEE NOTES 1 & 16 IN SECTION VIII) | | NONE | N | W | | | | | |
| 290 FRESH DIRECT | | NONE | O | W | PURCHASE | 3/10 | K | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 291 | OFFI__ __LL ( SE_ __OTE 9 IN SECTION VIII) | F | K-1 DISTR | N | W | DISTRIBUTION | 4/3 | J | | |
| 292 | OPU_ __DIA PARTNERS ( SE_ __OTE 9 IN SECTION VIII) | | NONE | N | W | | | | | |
| 293 | BEAR __EARNS MERCHANT BANK II ( SE_ __OTES 9 & 16 IN SECTION VIII) | G | K-1 DISTR/ DIVIDEND | O | W | DISTRIBUTION | 2/22 | M | | |
| 294 | | | | | | ADDITIONAL INVESTMENT | 2/22 | K | | |
| 295 | | | | | | ADDITIONAL INVESTMENT | 4/17 | K | | |
| 296 | | | | | | DISTRIBUTION | 4/17 | M | | |
| 297 | | | | | | ADDITIONAL INVESTMENT | 5/15 | J | | |
| 298 | | | | | | DISTRIBUTION | 5/15 | J | | |
| 299 | | | | | | DISTRIBUTION | 6/29 | K | | |
| 300 | | | | | | ADDITIONAL INVESTMENT | 12/8 | K | | |
| 301 | | | | | | DISTRIBUTION | 12/8 | K | | |
| 302 | BEAR __EARNS MERCHANT BANK III ( SE_ __OTE 9 IN SECTION VIII) | A | K-1 DISTR | M | W | INITIAL INVESTMENT | 11/14 | M | | |
| 303 | BIRDS __YE FOODS ( FKA AGRILINK) ( SE_ __OTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 304 | ADVA__CED ORGANICS ( SE_ __OTES 8 & 17 IN SECTION VIII) | | NONE | | | DISTRIBUTION | 12/8 | J | | |
| 305 | BORD__ MEDIA | | NONE | O | W | ADDITIONAL INVESTMENT | 9/28 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | ( 1 ) AMT CODE ( A - H) | ( 2 ) TYPE | ( 1 ) VALUE CODE ( J - P) | ( 2 ) VALUE METHOD ( Q - W) | ( 1 ) TYPE | ( 2 ) DATE | ( 3 ) VALUE CODE ( J - P) | ( 4 ) GAIN CODE ( A - H) | ( 5 ) IDENTITY ( IF PRIVATE) |
| ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 306 | | | | | ADDITIONAL INVESTMENT | 10/6 | L | | |
| 307  AEAF  (FKA CABOT SAFETY CORP) | | NONE | | | SOLD | 3/31 | N | G | BEAR STEARNS |
| ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 308 | | | | | ADDITIONAL PROCEEDS | 6/15 | J | D | |
| 309  DYNA  X | | NONE | L | W | RETURN OF CAPITAL | 7/21 | K | | |
| ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 310  REDPR  RIE CORP  ( FKA MCHUGH SOFTWARE) | | NONE | | | ADDITIONAL PROCEEDS | 6/15 | J | B | |
| ( SEE NOTE 17 & 21 IN SECTION VIII) | | | | | | | | | |
| 311 | | | | | ADDITIONAL PROCEEDS | 9/22 | K | E | |
| 312  SIEGE  SALE | | NONE | | | DISTRIBUTION | 12/8 | J | | |
| ( SEE NOTE 17 & 21 IN SECTION VIII) | | | | | | | | | |
| 313  VEST  CAPITAL PARTNERS  ( I) | | NONE | | | | | | | |
| ( SEE NOTE 10 IN SECTION VIII) | | | | | | | | | |
| 314  VESTA  EQUITY PARTNERS/ASSOC. ( II) | A | K-1 DISTR | | | LIQUIDATION DISTRIBUTION | 12/8 | J | | |
| ( SEE NOTE 10 IN SECTION VIII) | | | | | | | | | |
| 315 | | | | | LIQUIDATION DISTRIBUTION | 12/11 | J | | |
| 316  VESTA  CAPITAL PARTNERS/ASSOC. ( III) | D | INTEREST | | | DISTRIBUTION | 12/8 | J | | |
| ( SEE NOTES 10 & 16 IN SECTION VIII) | | | | | | | | | |
| 317  VESTA  CAPITAL PARTNERS/ASSOC. ( IV & AIV) | E | K-1 DISTR | L | W | DISTRIBUTION | 12/18 | J | | |
| ( SEE NOTES 10 & 16 IN SECTION VIII) | | | | | | | | | |
| 318  VESTA  CAPITAL PARTNERS/ASSOC  ( V) | A | K-1 DISTR | | | | | | | |
| ( SEE NOTES 10 & 16 IN SECTION VIII) | | | | | | | | | |
| 319  GOLD  E  ( FKA CLUETT AMERICAN) | | NONE | | | SOLD | 11/7 | O | G | BLACKSTONE |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 320   CONSOLIDATED CONTAINER ( SEE NOTE 17 IN SECTION VIII) | D | INTEREST | P1 | W | | | | | |
| 321   ST JOHNS KNITS ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 322   VALOR COMMUNICATIONS ( SEE NOTE 17 IN SECTION VIII) | F | DIVIDEND | | | SOLD | 10/17 | O | G | |
| 323   ARGO TECH ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| 324   CESARE FIORUCCI ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 325   DUFF PHELPS ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| 326   ESSENT HEALTHCARE ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| 327   GLEASON CORP ( SEE NOTE 17 IN SECTION VIII) | | NONE | K | W | PARTIAL SALE | 7/21 | O | G | MGMT BUY BACK |
| 328   MEDIA MEDIA ( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 9/29 | M | | |
| 329   NATIONAL MENTOR HOLDINGS ( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 6/23 | M | | |
| 330 | | | | | RETURN OF OVERFUNDING | 7/19 | J | | |
| 331   NYBRON FLOORING | | NONE | N | W | INITIAL INVESTMENT | 1/20 | N | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 332 | | | | | ADDITIONAL INVESTMENT | 1/24 | M | | |
| 333 | | | | | RETURN OF OVERFUNDING | 7/19 | J | | |
| 334 OGF GROUP<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | RECAPITALIZATION | 10/3 | M | G | |
| 335 PARIS AB<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 11/6 | J | | |
| 336 | | | | | ADDITIONAL INVESTMENT | 11/30 | M | | |
| 337 FL SE IA<br>( SEE NOTE 17 IN SECTION VIII) | D | INTEREST | | | SOLD | 1/31 | P1 | G | KOHLBERG<br>KRAVITZ |
| 338 | | | | | ADDITIONAL PROCEEDS | 2/1 | J | A | |
| 339 SEVE PA<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | L | W | INITIAL INVESTMENT | 4/24 | L | | |
| 340 | | | | | RETURN OF OVERFUNDING | 7/19 | J | | |
| 341 SOLO P COMPANY<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 342 SUNR MEDICAL<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | RETURN OF CAPITAL | 7/21 | K | | |
| 343 SYME FINANCIAL<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| 344 VALID HOLDINGS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 345 WABC<br>( SEE NOTE 17 & 21 IN SECTION VIII) | | NONE | | | ADDITIONAL SALE PROCEEDS | 10/3 | J | C | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 346 WILTC.. RE HOLDINGS ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 5/4 | N | | |
| 347 | | | | | ADDITIONAL INVESTMENT | 7/5 | N | | |
| 348 ZANU... METALLURGICA ( SE.. OTE 17 IN SECTION VIII) | | NONE | | | SOLD | 12/8 | L | | CIVIDALE |
| 349 NEWS.. PER MEDIA/ENTERPRISE NEWSMEDIA ( SEE NOTE 1 IN SECTION VIII) | H2 | DIV/INT | | | LOAN REPAYMENT | 5/31 | L | | |
| 350 | | | | | SPUN OFF AVON DISTR LLC | 5/11 | P1 | | |
| 351 | | | | | SPUN OFF CHICOPEE DISTR LLC | 5/11 | N | | |
| 352 | | | | | SOLD | 6/7 | P2 | H1 | GATEHOUSE MEDIA |
| 353 | | | | | ADDITIONAL SALE PROCEEDS | 9/27 | M | G | |
| 354 AVON.. STRIBUTION LLC ( SE.. OTES 1 & 18 IN SECTION VIII) | B | K-1 DISTR | P1 | V | SPUN OFF FROM NEWSPAPER MEDIA/ENTERPRISE NEWSMEDIA | 5/11 | P1 | | |
| 355 CHICO.. DISTRIBUTION LLC ( SE.. OTES 1 & 12 IN SECTION VIII) | | NONE | | | SPUN OFF FROM NEWSPAPER MEDIA/ENTERPRISE NEWSMEDIA | 5/11 | N | | |
| 356 | | | | | LIQUIDATING DISTRIBUTION | 9/6 | N | G | |
| 357 FLAG .. TURE PARTNERS ( SE.. OTES 9 & 16 IN SECTION VIII) | G | K-1DISTR/ DIV/INT | P1 | W | ADDITIONAL INVESTMENT | 2/6 | L | | |
| 358 | | | | | DISTRIBUTION | 2/16 | K | | |
| 359 | | | | | DISTRIBUTION | 3/30 | K | | |
| 360 | | | | | ADDITIONAL INVESTMENT | 4/4 | L | | |

| A.  DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 361 | | | | | DISTRIBUTION | 5/9 | K | | |
| 362 | | | | | ADDITIONAL INVESTMENT | 6/27 | L | | |
| 363 | | | | | DISTRIBUTION | 6/28 | K | | |
| 364 | | | | | DISTRIBUTION | 8/23 | K | | |
| 365 | | | | | ADDITIONAL INVESTMENT | 9/21 | L | | |
| 366 | | | | | DISTRIBUTION | 11/2 | L | | |
| 367 | | | | | ADDITIONAL INVESTMENT | 12/11 | L | | |
| 368 | | | | | DISTRIBUTION | 12/21 | K | | |
| 369 RED / EY ( SE  OTE 9 IN SECTION VIII) | D | K-1 DISTR | N | W | ADDITIONAL INVESTMENT | 1/17 | L | | |
| 370 | | | | | DISTRIBUTION | 2/2 | K | | |
| 371 | | | | | ADDITIONAL INVESTMENT | 4/4 | L | | |
| 372 | | | | | DISTRIBUTION | 4/18 | J | | |
| 373 | | | | | ADDITIONAL INVESTMENT | 5/26 | K | | |
| 374 | | | | | ADDITIONAL INVESTMENT | 10/23 | K | | |
| 375 SENT  CAPITAL PARTNERS/SENTINEL PARTNERS ( I) ( SE  OTE 10 IN SECTION VIII) | A | K-1 DISTR | | | | | | | |
| 376 SENT  L CAPITAL PARTNERS/SENTINEL PARTNERS ( II) ( SE  OTE 10 IN SECTION VIII) | | NONE | | | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1 )<br>AMT CODE<br>( A - H) | ( 2 )<br>TYPE | ( 1 )<br>VALUE<br>CODE<br>( J - P) | ( 2 )<br>VALUE<br>METHOD<br>( Q - W) | ( 1 )<br>TYPE | ( 2 )<br>DATE | ( 3 )<br>VALUE<br>CODE<br>( J - P) | ( 4 )<br>GAIN<br>CODE<br>( A - H) | ( 5 )<br>IDENTITY<br>( IF<br>PRIVATE) |
| 377  SENT... CAPITAL PARTNERS ( III)<br>( SEE NOTE 10 IN SECTION VIII) | E | K-1 DISTR | | | | | | | |
| 378  ALEM... HOLDINGS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 1/26 | P1 | H1 | LINCOLN IND |
| 379 | | | | | ADDITIONAL SALE PROCEEDS | 6/29 | K | E | |
| 380  COTT... TRANSMISSION<br>( SEE NOTES 17 & 21 IN SECTION VIII) | | NONE | | | ADDITIONAL SALE PROCEEDS | 5/5 | J | D | |
| 381 | | | | | ADDITIONAL SALE PROCEEDS | 5/8 | J | C | |
| 382  FASL...<br>( SEE NOTE 17 IN SECTION VIII) | E | DIV/INT | P1 | W | RETIRED DEBT & PRFD STOCK | 6/26 | N | | |
| 383  FLOR... LANT GROWERS<br>( SEE NOTES 17 & 21 IN SECTION VIII) | | NONE | | | ESCROW RELEASE | 5/5 | K | E | |
| 384 | | | | | ESCROW RELEASE | 5/8 | K | E | |
| 385  HASC...<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 8/24 | M | | FALCONHEAD<br>CAPITAL |
| 386  INTER... HEALTHCARE<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 6/21 | O | | |
| 387  LTI FL... BLE PRODUCTS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 6/21 | N | | |
| 388  MAD... CORP<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| 389  METR... OLITAN DENTAL<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | | | | | |
| 390  NIVEL | | NONE | P1 | W | RECAPITALIZATION | 6/29 | N | | |

| A. | B. | | C. | | D. | | | | |
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
|---|---|---|---|---|---|---|---|---|---|
| ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 391  NORSE FOOD GROUP ( SEE NOTES 17 & 21 IN SECTION VIII) | | NONE | | | ADDITIONAL SALE PROCEEDS | 5/5 | J | C | |
| 392 | | | | | ADDITIONAL SALE PROCEEDS | 5/8 | J | B | |
| 393  ROMA CRP ( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 5/5 | J | | BONDHOLDERS |
| 394 | | | | | ADDITIONAL SALE PROCEEDS | 6/29 | J | | |
| 395  BUFFET INC ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 396  SPINROC ( SEE NOTE 17 IN SECTION VIII) | E | DIVIDEND | O | W | | | | | |
| 397  STRATEGIC PARTNERS ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 6/21 | O | | |
| 398  SCIENT CAPITAL PARTNERS ( SEE NOTES 9 & 18 IN SECTION VIII) | A | K-1 DISTR | O | V | | | | | |
| 399  NORTHERN HELLENIC HOLDINGS LLC ( SEE NOTES 9 & 18 IN SECTION VIII) | | NONE | N | V | NEW INVESTMENT | 1/1 | M | | |
| 400  SCIENT VENTURE PARTNERS ( AKA ZILKHA VENTURE) ( SEE NOTES 8, 9 & 16 IN SECTION VIII) | E | K-1 DISTR | | | DISTRIBUTION | 7/20 | K | | |
| 401  PARK AVENUE PARTNERS ( SEE NOTES 9 & 16 IN SECTION VIII) | G | K-1 DISTR/ DIVIDEND | P1 | W | DISTRIBUTION | 1/3 | L | | |
| 402 | | | | | DISTRIBUTION | 1/20 | J | | |
| 403 | | | | | DISTRIBUTION | 3/13 | M | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 404 | | | | | DISTRIBUTION | 7/24 | O | | |
| 405 | | | | | ADDITIONAL INVESTMEMT | 9/6 | M | | |
| 406 | | | | | DISTRIBUTION | 11/30 | K | | |
| 407 LEHMAN BROTHERS CO-INVESTMENT LP/CAYMAN AIV LP (SEE NOTES 9 & 16 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 9/29 | N | | |
| 408 | | | | | ADDITIONAL INVESTMEMT | 11/20 | M | | |
| 409 | | | | | DISTRIBUTION | 12/13 | K | | |
| 410 | | | | | ADDITIONAL INVESTMEMT | 12/26 | M | | |
| 411 | | | | | DISTRIBUTION | 12/26 | J | | |
| OTHER INVESTMENTS/NOTES RECEIVABLE: | | | | | | | | | |
| 412 CHESAPEAKE PARTNERS (SEE NOTE 1 IN SECTION VIII) | H1 | K-1 DISTR | P2 | U | PARTIAL WITHDRAWAL | 1/3 | P1 | | |
| 413 FARALLON CAPITAL PARTNERS (SEE NOTES 1 & 16 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 414 AXIOM INTERNATIONAL INVESTORS LLC (SEE NOTE 1 IN SECTION VIII) | | NONE | P1 | U | INITIAL INVESTMENT | 7/31 | P1 | | |
| 415 THE BLENHEIM FUND LLC (SEE NOTE 1 IN SECTION VIII) | | NONE | P1 | U | INITIAL INVESTMENT | 12/28 | P1 | | |
| 416 BLUE AND GRAY PARTNERSHIP (SEE NOTES 1 & 18 IN SECTION VIII) | | NONE | K | V | | | | | |
| 417 F.E. RICHARDSON & CO (SEE NOTES 1, 13 & 16 IN SECTION VIII) | H1 | K-1 DISTR | P1 | V | ADDITIONAL INVESTMENT | 1/6 | K | | |
| 418 | | | | | ADDITIONAL INVESTMENT | 1/30 | K | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 419 | | | | | ADDITIONAL INVESTMENT | 2/3 | K | | |
| 420 | | | | | ADDITIONAL INVESTMENT | 3/10 | K | | |
| 421 | | | | | ADDITIONAL INVESTMENT | 4/10 | K | | |
| 422 | | | | | ADDITIONAL INVESTMENT | 5/5 | K | | |
| 423 | | | | | ADDITIONAL INVESTMENT | 5/25 | K | | |
| 424 | | | | | DISTRIBUTION | 12/28 | O | | |
| 425 RACE HORSES | | NONE | L | W | | | | | |
| 426 OP40 | | NONE | L | W | | | | | |
| (SEE NOTE 5 IN SECTION VIII) | | | | | | | | | |
| 427 OSCAR S SCHAFER PARTNERS II | G | K-1 DISTR | P1 | U | | | | | |
| (SEE NOTE 1 IN SECTION VIII) | | | | | | | | | |
| 428 NOTE RECEIVABLE - ELIZABETH REILLY | | NONE | | | LOAN REPAID | 1/3 | K | | |
| PROFIT SHARING PLAN FUNDS  (LINES 429-432)  (SEE NOTE 4 IN SECTION VIII) | | | | | | | | | |
| 429 — ING GOLDMAN SACHS CORE EQUITY | | NONE | | | SOLD | 1/23 | M | C | |
| 430 --- AMERICAN BALANCED FUND | | NONE | | | SOLD | 1/23 | L | A | |
| 431 --- ING  ROWE PRICE EQ INCOME PT | | NONE | M | T | PURCHASE | 1/23 | M | | |
| 432 --- ING MARSICO INTERNATIONAL OPP PORT | | NONE | L | T | PURCHASE | 1/23 | K | | |
| 433 GOLDMAN SACHS BANK DEPOSIT #4 | C | DIV/INT | M | T | | | | | |
| (FKA GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #4) | | | | | | | | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 434 | CITIBANK INTEREST CHECKING ACCOUNT #2 | A | INTEREST | J | T | | | | | |
| 435 | ENTERPRISE NEWSMEDIA, INC. ( SEE NOTES 1, 4 & 7 IN SECTION VIII) | E | DIVIDEND | | | SPUN OFF AVON DISTR LLC | 5/11 | K | | |
| 436 | | | | | | SPUN OFF CHICOPEE DISTR LLC | 5/11 | J | | |
| 437 | | | | | | SOLD | 6/7 | M | F | GATEHOUSE MEDIA |
| 438 | | | | | | ADDITIONAL PROCEEDS | 9/27 | J | C | |
| 439 | AVON DISTRIBUTION LLC ( SEE NOTES 1 & 18 IN SECTION VIII) | A | K-1 DISTR | K | V | SPUN OFF FROM ENTERPRISE NEWSMEDIA, INC. | 5/11 | K | | |
| 440 | CHICOPEE DISTRIBUTION LLC ( SEE NOTES 1, 4 & 12 IN SECTION VIII) | | NONE | | | SPUN OFF FROM ENTERPRISE NEWSMEDIA, INC. | 5/11 | J | | |
| 441 | | | | | | LIQUIDATING DISTRIBUTION | 9/6 | J | C | |
| 442 | BLACKROCK INC COMMON STOCK | B | DIVIDEND | M | T | PURCHASE | 5/8 | K | | |
| 443 | CONOCOPHILLIPS COMMON STOCK | B | DIVIDEND | M | T | | | | | |
| 444 | FEDEX CORP COMMON STOCK | | NONE | L | T | PURCHASE | 10/5 | L | | |
| 445 | GEN PROBE INC COMMON STOCK ( SEE NOTE 4 IN SECTION VIII) | | NONE | | | SOLD | 9/1 | K | A | |
| 446 | HEWLETT-PACKARD CO COMMON STOCK | | NONE | L | T | PURCHASE | 9/29 | L | | |
| 447 | HOME DEPOT INC COMMON STOCK | B | DIVIDEND | M | T | | | | | |
| 448 | JOHNSON & JOHNSON COMMON STOCK | B | DIVIDEND | L | T | | | | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 449 | LUCENT TECHNOLOGIES CONV PREFD | | NONE | J | T | | | | | |
| 450 | MEDTRONIC COMMON STOCK | A | DIVIDEND | L | T | | | | | |
| 451 | SONIC CORP COMMON STOCK | | NONE | M | T | | | | | |
| 452 | STRYKER CORP COMMON STOCK | A | DIVIDEND | L | T | | | | | |
| 453 | SUNCOR ENERGY COMMON STOCK | A | DIVIDEND | M | T | | | | | |
| 454 | TYCO INTL COMMON STOCK ( SEE NOTE 4 IN SECTION VIII) | A | DIVIDEND | | | SOLD | 9/1 | K | | |
| 455 | UNITED TECHNOLOGIES CORP COMMON STOCK | B | DIVIDEND | M | T | | | | | |
| 456 | VALERO ENERGY CORP COMMON STOCK ( SEE NOTE 4 IN SECTION VIII) | A | DIVIDEND | | | SOLD | 9/11 | L | D | |
| 457 | RENTAL PROPERTY PNC CHECKING ACCOUNT | | NONE | J | T | | | | | |
| 458 | PACIFIC LIFE INSURANCE POLICY | | NONE | | | CANCELLATION OF POLICY | 2/24 | L | F | |
| 459 | | | | | | ADDITIONAL SURRENDER VALUE | 4/7 | J | C | |
| 460 | TRUST #1 ( FKA TRUST #2) ( SEE NOTE 4 IN SECTION VIII) | E | DIV/INT | P1 | T | | | | | |
| 461 | --- GOLDMAN SACHS BANK DEPOSIT/CASH #5 ( FKA GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO#6/CASH) | | | | | | | | | |
| 462 | --- ABBOTT LABORATORIES COMMON STOCK | | | | | | | | | |
| 463 | --- ANHEUSER BUSCH COS INC COMMON STOCK | | | | | | | | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 464 | --- AUTOMATIC DATA PROCESSING COMMON STOCK | | | | | SOLD | 9/1 | L | E | |
| 465 | --- BLACKROCK, INC COMMON STOCK | | | | | SEE NOTE 15 IN SECTION VIII | | | | |
| 466 | --- FEDEX CORP COMMON STOCK | | | | | PURCHASE | 10/5 | K | | |
| 467 | --- GEN PROBE INC COMMON STOCK | | | | | SOLD | 9/1 | K | A | |
| 468 | --- HEWLETT-PACKARD CO COMMON STOCK | | | | | PURCHASE | 9/29 | L | | |
| 469 | --- HOME DEPOT INC COMMON STOCK | | | | | | | | | |
| 470 | --- JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 471 | --- LUCENT TECHNOLOGIES CONV PREFD | | | | | | | | | |
| 472 | --- MEDTRONIC INC COMMON STOCK | | | | | | | | | |
| 473 | --- SONIC CORP COMMON STOCK | | | | | SEE NOTE 15 IN SECTION VIII | | | | |
| 474 | --- SYSCO CORP COMMON STOCK | | | | | SOLD | 9/1 | L | D | |
| 475 | --- WHITE MTNS INS GROUP COMMON STOCK | | | | | | | | | |
| 476 | --- PLUM CREEK TIMBER CO INC STOCK | | | | | | | | | |
| 477 | TRUST #2  (FKA TRUST #3) (SEE NOTE 4 IN SECTION VIII) | F | INT/DIV/CIL | | | DISTRIBUTION | 2/1 | L | | |
| 478 | | | | | | DISTRIBUTION | 3/1 | O | | |
| 479 | | | | | | DISTRIBUTION | 3/8 | N | | |
| 480 | | | | | | DISTRIBUTION | 3/9 | N | | |

| A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 481 | | | | | DISTRIBUTION | 3/13 | N | | |
| 482 | | | | | DISTRIBUTION | 6/2 | N | | |
| 483 | | | | | DISTRIBUTION | 9/27 | N | | |
| 484 | | | | | DISTRIBUTION | 12/8 | L | | |
| 485 --- BLACKROCK LIQUIDITY FUNDS | | | | | MONEY MARKET CLOSED | 12/29 | L | | |
| 486 --- USA TREASURY BILL | | | | | PARTIAL SALE | 1/27 | K | | |
| 487 | | | | | SOLD | 2/21 | N | | |
| COMMON STOCKS: | | | | | | | | | |
| 488 --- GENERAL ELECTRIC CO | | | | | SOLD | 2/21 | L | B | |
| 489 --- TYCO INTL LTD | | | | | SOLD | 2/21 | L | | |
| 490 --- ALTRIA GROUP INC | | | | | SOLD | 2/21 | L | E | |
| 491 --- COSTCO WHOLESALE CORP | | | | | SOLD | 2/21 | K | D | |
| 492 --- PROCTER & GAMBLE CO | | | | | PARTIAL SALE | 2/21 | N | F | |
| 493 | | | | | SOLD | 6/1 | N | C | |
| 494 --- PROCTER & GAMBLE OPTIONS (PREPAID FORWARD CONTRACT) | | | | | DELIVERED SHARES (FORWARD CONTRACT EXPIRED) | 5/24 | H1 | | |
| 495 --- WAL-MART STORES INC | | | | | SOLD | 2/21 | L | | |
| 496 --- CONOCOPHILLIPS | | | | | SOLD | 2/21 | L | E | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 497 --- EXXON MOBIL CORP | | | | | SOLD | 2/21 | L | D | |
| 498 --- AMERICAN INTERNATIONAL GROUP INC | | | | | SOLD | 2/21 | L | | |
| 499 --- MBNA CORP | | | | | TENDERED SHARES - MERGER WITH BANK OF AMERICA | 1/3 | M | | |
| 500 --- BANK OF AMERICA CORP | | | | | RECEIVED SHARES MERGER WITH MBNA CORP | 1/3 | M | | |
| 501 | | | | | SOLD | 2/21 | M | | |
| 502 --- APPLIED MATERIALS INC | | | | | SOLD | 2/21 | K | D | |
| 503 --- AUTOMATIC DATA PROCESSING INC | | | | | SOLD | 2/21 | L | D | |
| 504 --- FIRST DATA CORP | | | | | SOLD | 2/21 | K | B | |
| 505 --- MICROSOFT CORP | | | | | SOLD | 2/21 | M | | |
| 506 --- FPL GROUP | | | | | SOLD | 2/21 | L | D | |
| 507 --- BRISTOL MYERS SQUIBB CO | | | | | SOLD | 2/21 | L | | |
| 508 --- JOHNSON & JOHNSON | | | | | SOLD | 2/21 | L | D | |
| 509 --- MEDCO HEALTH SOLUTIONS INC | | | | | SOLD | 2/21 | K | D | |
| 510 --- MERCK & CO INC | | | | | SOLD | 2/21 | M | | |
| 511 --- MERCK & CO/MEDCO OPTIONS ( PREPAID FORWARD CONTRACT) | | | | | DELIVERED SHARES ( FORWARD CONTRACT EXPIRED) | 5/24 | O | | |
| 512 --- ISHARES TR - S&P SMALLCAP 600 INDEX FUND | | | | | SOLD | 2/21 | L | E | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 513 | TRUS___ (FKA TRUST #4)<br>( SE_ _OTES 4 & 11 IN SECTION VIII) | E | INT/DIV/<br>SETTLMNT | J | T | DISTRIBUTION | 3/1 | O | | |
| 514 | | | PROCEEDS | | | DISTRIBUTION | 3/8 | N | | |
| 515 | | | | | | DISTRIBUTION | 3/9 | N | | |
| 516 | | | | | | DISTRIBUTION | 3/13 | N | | |
| 517 | | | | | | DISTRIBUTION | 6/2 | N | | |
| 518 | | | | | | DISTRIBUTION | 12/8 | K | | |
| 519 | --- BL___ROCK LIQUIDITY FUNDS | | | | | MONEY MARKET CLOSED | 12/29 | K | | |
| | COMM___ STOCKS: | | | | | | | | | |
| 520 | --- GE___AL ELECTRIC CO | | | | | SOLD | 2/21 | M | B | |
| 521 | --- UN___ TECHNOLOGIES CORP | | | | | SOLD | 2/21 | K | D | |
| 522 | --- HO___ DEPOT INC | | | | | SOLD | 2/21 | K | D | |
| 523 | --- SY___ CORP | | | | | SOLD | 2/21 | J | | |
| 524 | --- W/___ART STORES INC | | | | | SOLD | 2/21 | J | | |
| 525 | --- CH___RONTEXACO CORP | | | | | SOLD | 2/21 | L | E | |
| 526 | --- PN___NANCIAL SERVICES GROUP INC | | | | | SOLD | 2/21 | M | E | |
| 527 | --- AU___MATIC DATA PROCESSING INC | | | | | SOLD | 2/21 | K | B | |
| 528 | --- CIS___ SYSTEMS INC | | | | | SOLD | 2/21 | L | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 529  --- FPL GROUP INC | | | | | SOLD | 2/21 | K | D | |
| 530  --- USA TREASURY BILL | | | | | SOLD | 2/27 | P1 | | |
| 531  ESTATE ACCOUNT  ( SEE NOTE 4 IN SECTION VIII) | A | DIV/STTMNT PROCEEDS | | | DISTRIBUTED | 7/6 | J | | |
| 532  --- BLACKROCK LIQUIDITY FUNDS | | | | | SOLD | 6/30 | J | | |
| 533  --- OTHER PERSONALTY | | | | | DISTRIBUTED | 6/27 | L | | |
| 534  TRUST #4  (FKA TRUST #7)  ( SEE NOTE 4 IN SECTION VIII) | E | DIVIDEND | M | T | | | | | |
| 535  --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| 536  --- GENERAL ELECTRIC CO | | | | | SOLD | 6/1 | J | | |
| 537  --- UNITED TECHNOLOGIES CORP | | | | | SOLD | 6/1 | J | B | |
| 538  --- HOME DEPOT | | | | | SOLD | 6/1 | J | | |
| 539  --- OMNICOM GROUP INC | | | | | SOLD | 6/1 | J | A | |
| 540  --- COSTCO WHOLESALE CORP | | | | | SOLD | 6/1 | J | A | |
| 541  --- SYSCO CORP | | | | | SOLD | 6/1 | J | | |
| 542  --- WAL MART STORES INC | | | | | SOLD | 6/1 | J | | |
| 543  --- CONOCOPHILLIPS | | | | | SOLD | 6/1 | J | C | |
| 544  --- AMERICAN INTERNATIONAL GROUP INC | | | | | SOLD | 5/22 | J | | |
| 545  --- FEDERAL HOME LOAN MTG CORP | | | | | SOLD | 6/1 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 546   --- CISCO SYSTEMS INC | | | | | SOLD | 6/1 | J | A | |
| 547   --- DELL INC | | | | | SOLD | 6/1 | J | A | |
| 548   --- EMC CORP | | | | | SOLD | 6/1 | J | | |
| 549   --- MICROSOFT CORP | | | | | SOLD | 6/1 | J | | |
| 550   --- ORACLE CORP | | | | | SOLD | 6/1 | J | | |
| 551   --- TEXAS INSTRUMENTS INC | | | | | SOLD | 6/1 | J | | |
| 552   --- FPL GROUP INC | | | | | SOLD | 6/1 | J | B | |
| 553   --- JOHNSON & JOHNSON | | | | | SOLD | 6/1 | J | C | |
| 554   --- LILLY ELI & CO | | | | | SOLD | 6/1 | J | | |
| 555   --- MEDTRONIC INC | | | | | SOLD | 6/1 | J | | |
| 556   --- ZIMMER HOLDINGS | | | | | SOLD | 6/1 | J | B | |
| 557   --- AT&T INC ( FKA SBC COMMUNICATIONS) | | | | | SOLD | 6/1 | J | | |
| MUTUAL FUNDS:<br>558   --- ISHARES TR - S&P SMALLCAP 600 INDEX FUND | | | | | SOLD | 6/1 | J | B | |
| 559   --- MIDCAP SPDR TR STANDARD & POORS | | | | | SOLD | 6/1 | J | B | |
| 560   --- JENNISON 20/20 FOCUS FUND | | | | | PURCHASE | 6/1 | K | | |
| 561   --- THIRD AVENUE INTERNATIONAL VALUE | | | | | PURCHASE | 6/1 | K | | |
| 562 | | | | | PURCHASE | 6/5 | L | | |
| 563   TRUST #5  ( FKA TRUST #8)<br>( SEE NOTE 4 IN SECTION VIII) | D | DIVIDEND | L | T | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 564 --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| 565 --- GENERAL ELECTRIC CO | | | | | SOLD | 6/1 | J | | |
| 566 --- HOME DEPOT INC | | | | | SOLD | 6/1 | J | | |
| 567 --- OMNICOM GROUP INC | | | | | SOLD | 6/1 | J | A | |
| 568 --- VIACOM INC | | | | | DELIVERED IN EXCHANGE<br>FOR CBS SHARES | 1/3 | J | | |
| 569 --- CBS CORP | | | | | RECEIVED IN EXCHANGE FOR<br>VIACOM SHARES | 1/3 | J | | |
| 570 | | | | | SOLD | 6/1 | J | | |
| 571 --- VIACOM INC CLASS A WI | | | | | RECEIVED IN EXCHANGE FOR<br>VIACOM SHARES | 1/3 | J | | |
| 572 | | | | | SOLD | 6/1 | J | | |
| 573 --- COCA COLA CO | | | | | SOLD | 6/1 | J | | |
| 574 --- SYSCO CORP | | | | | SOLD | 6/1 | J | A | |
| 575 --- WAL MART STORES INC | | | | | SOLD | 6/1 | J | | |
| 576 --- SCHLUMBERGER LTD | | | | | SOLD | 6/1 | K | D | |
| 577 --- AMERICAN INTERNATIONAL GROUP INC | | | | | SOLD | 5/22 | J | | |
| 578 --- BERKLEY W R CORP | | | | | SOLD | 6/1 | J | B | |
| 579 --- FANNIE MAE | | | | | SOLD | 6/1 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 580  --- MORGAN STANLEY | | | | | SOLD | 6/1 | J | C | |
| 581  --- WELLS FARGO & COMPANY | | | | | SOLD | 6/1 | J | D | |
| 582  --- AUTOMATIC DATA PROCESSING INC | | | | | SOLD | 6/1 | J | | |
| 583  --- CISCO SYSTEMS INC | | | | | SOLD | 6/1 | J | C | |
| 584  --- FIRST DATA CORP | | | | | SOLD | 6/1 | J | A | |
| 585  --- INTEL CORP | | | | | SOLD | 6/1 | J | | |
| 586  --- MICROSOFT CORP | | | | | SOLD | 6/1 | J | C | |
| 587  --- ORACLE CORP | | | | | SOLD | 6/1 | J | B | |
| 588  --- FPL GROUP INC | | | | | SOLD | 6/1 | J | B | |
| 589  --- AMGEN INC | | | | | SOLD | 6/1 | K | E | |
| 590  --- BECTON DICKINSON & CO | | | | | SOLD | 6/1 | J | A | |
| 591  --- JOHNSON & JOHNSON | | | | | SOLD | 6/1 | J | D | |
| 592  --- WYETH | | | | | SOLD | 6/1 | K | D | |
| 593  --- ZIMMER HOLDINGS | | | | | SOLD | 6/1 | J | B | |
| 594  --- VERIZON COMMUNICATIONS INC | | | | | SOLD | 6/1 | J | A | |
| MUTUAL FUNDS: | | | | | | | | | |
| 595  --- ISHARES TR S&P SMALLCAP 600 INDEX FUND | | | | | SOLD | 6/1 | J | C | |
| 596  --- MIDCAP SPDR TR STANDARD & POORS | | | | | SOLD | 6/1 | K | D | |
| 597  --- JENNISON 20/20 FOCUS FUND | | | | | PURCHASE | 6/1 | L | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1) AMT CODE ( A - H) | ( 2) TYPE | ( 1) VALUE CODE ( J - P) | ( 2) VALUE METHOD ( Q - W) | ( 1) TYPE | ( 2) DATE | ( 3) VALUE CODE ( J - P) | ( 4) GAIN CODE ( A - H) | ( 5) IDENTITY ( IF PRIVATE) |
| 598 RENT  PROPERTY - NEW YORK, NY ( FK/  NTAL PROPERTY #3 - NEW YORK, NY) ( 6/1   05 $850,000) | E | RENT | O | R | | | | | |
| 599 DYER  RG CORP ( SE  OTE 14 IN SECTION VIII) | D | DIVIDEND | | | | | | | |
| 600 MOOR  S/NAUTICAL  ( X) ( SE   TES 1 & 19 IN SECTION VIII) | A | INTEREST | | | | | | | |

ADS    /2007

Disk:   6 Disclosure  File:  06discl

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See attached.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

### NOTE 1
If there was either a partial withdrawal or no withdrawal from this S corporation or partnership during the reporting year, all K-1 activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "K-1 DISTR" (K-1 Distribution). If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

If the S Corporation or partnership interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR".

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclosure Examiner.

### NOTE 2
This bond is a zero coupon bond. Therefore, there is no interest paid to the holder. However, the financial institution does report Original Issue Discount (OID) to the holder and that is the amount that is included on this report. The cost of this bond was not available. Thus, all proceeds were considered gain when determining the gain code.

### NOTE 3
This is an investment account with a core cash account attached. All of the stock/mutual fund investments are listed separately on this report. Neither the income nor the cash balance at year-end met the threshold for reporting. However, since there are other reportable accounts at this financial institution, this account is deemed reportable.

### NOTE 4
The gain/loss on investments is calculated on a book basis not a tax basis.

### NOTE 5
There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

**NOTE 6**
Some of the investments in non-public companies include an equity piece and a debt piece (note receivable). The two pieces are not reported separately in Section VII because the valuations of the companies already include both pieces.

**NOTE 7**
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "NONE". If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Column B.(1) and both types of income were noted in Column B.(2).

**NOTE 8**
Although there is an investment in this company, it is considered worthless. Therefore, there is no year-end value code reported in Column C.(1).

**NOTE 9**
There is a limited partnership interest in this entity. Since the filer cannot "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35,* the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, "ADDITIONAL INVESTMENT" is noted in Column D.(1). The name of the underlying company is not listed. Further, if the partnership either returned capital or sold one of its investments and returned funds to the reporting family, "DISTRIBUTION" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

**NOTE 10**
There are several Vestar and Sentinel Partnerships (See Lines 207-210 and 255-257 in Section VII). The companies they own are all listed separately on this report because the filer "can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," *Financial Disclosure Filing Instructions, page 35.*

In each of the Vestar and Sentinel Funds, there is both a limited partner (LP) and general partner (GP) interest (each interest is housed in a different partnership). For purposes of this report, the K-1 information for the LP/GP interests of each Fund is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report (the GP/LP interests are both included when determining the value code for Column C.(1)).

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then "NONE" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Vestar I issued its final K-1 in 1999; therefore, there is no income to report. Also, as of the end of the reporting period, all of Vestar I's portfolio companies were divested. Therefore, going forward, it is no longer reportable.

Vestar V made its first investment in 2006 and hence it is now included on this report.

Of the Vestar Funds and the Sentinel Funds, only Vestar IV had a value on the books as of the end of 2006. Therefore, there is no market value reported in Column C.(1) for any of the other funds. Because the Partnerships' portfolio companies are listed separately on this report, the partnerships themselves oftentimes show no market value.

**NOTE 11**
The only item remaining in this Trust is a small amount of uninvested cash.

**NOTE 12**
This Partnership distributed all of its assets on 9/6/06. It filed its final K-1 in 2006. Therefore, there is no market value to report as of the end of 2006.

**NOTE 13**
The filer is the sole shareholder of this S corporation. The company was funded throughout the year in order to cover expenses. According to Dotty Abell, Financial Disclosure Examiner, such amounts should be included as reportable transactions if they meet the value threshold. As a result, any such amounts are included on this report.

The company's assets are limited to office furniture, office equipment, a checking account, a money market account and a limited partnership interest which is listed separately on this report. The value used to determine the year-end valuation code was the checking/money market account balances plus the office furniture/equipment less accumulated depreciation balance from the 2006 tax return prepared by PriceWaterhouseCoopers.

## NOTE 14
Dyersburg Corporation did not pay a dividend in 2006. However, the filer received a replacement check for dividends paid in a prior year.

## NOTE 15
This stock was purchased in 2005 but was inadvertently omitted from the 2005 Financial Disclosure Report (FDR). Since the same stock was included elsewhere on the 2005 FDR, the 2005 FDR was not amended to include the purchase.

## NOTE 16
This company's 2006 K-1 was not received by the May 15, 2007 Disclosure Report filing date. Therefore, the company's income has been estimated. Once the actual K-1 is received, an amended report will be filed if the income code based on the actual K-1 is different than the code reported in this report. This approach was deemed appropriate by Mr. John Staley, Financial Disclosure Office.

## NOTE 17
This investment is made through either a Vestar or a Sentinel partnership (See Lines 313-318 and 375-377 in Section VII). Since the filer can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35,* the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If there was income received separate from the K-1 it is recorded in Column B. See Note 10 for more information.

## NOTE 18
The Ending Capital Account value from the entity's 2006 K-1 was used to determine its year-end value code for Column C.(1).

**NOTE 19**
This asset had no value on the books as of the end of the year. Therefore, there is no value code reported in Column C.(1). However, the K-1 reported income over the threshold level so the asset is reportable.

**NOTE 20**
This cash sub-account is attached to margin debt. For monthly statement purposes, the investment bank nets the cash balance against the margin debt. For purposes of this report, the same approach is used. Therefore, we have not shown the cash account in Section VII. Instead, we have netted the cash balance against the total debt amount in order to determine the value code for the liability shown in Section VI.

**NOTE 21**
This company was sold in a prior year. Therefore, there is no year end value reported in Column C.(1).

**NOTE 22**
There is no asset value remaining on the books; hence, there is no year end value reported in Column C.(1). There was no K-1 income during 2006. Therefore, this investment is no longer deemed reportable.

**NOTE 23**
This partnership is winding down. In 2004, its consulting business and its fund of funds business were sold. Those businesses made up the bulk of the partnership. Subsequent to the sales, the partnership changed its name to Cosmos Partners.

Milliman purchased the consulting business in a cash/note payable deal. Milliman will continue to make payments against the note in 2007 and 2008.

The amount used to determine the code for Column C.(1) was the estimated value of the outstanding Milliman note payments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 5/15/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544